FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA** 2007 NOV -2  PM 12: 45

_Jacksonville_ Division

MIDDLE DISTRICT OF FLOR.
JACKSONVILLE, FLORIDA

**CIVIL RIGHTS COMPLAINT FORM**

# A-012023
_Corey L. Milledge_
_Plaintiff,_

CASE NUMBER: 3:07-cv-00976-VMC-MCR
(To be supplied by Clerk's Office)

COl. Daniels,
COl. White,
Nurse, Haspel,
COl. Cranford,

_____
(Enter full name of each Plaintiff and prison
number, if applicable)

v.

_James R. McDonough,_
_Sec't Of Fla. D.O.C's,_
_Paul Decker, Warden_
_Sgt. Wilton J. Fontenot,_

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

_____/

FIRST AMENDED
COMPLAINT

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.   PLACE OF PRESENT CONFINEMENT: _Charlotte C.I._
     (Indicate the name and location)
     _33123 Oil Well Road, Punta Gorda, Fla 33955_

II.  DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
     THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

     [If your answer is YES, after reviewing the exhaustion requirements, answer the following
     questions]

(1) James R. McDonough, is the Sec't Of Fla Dep't Corr's, He is the one that is responsible for the Care, Custody, Control of all State prisoners. F.S. 20.315 SUED, in his Individual Capacity

(2) Paul C. Decker, Warden,
"Please Note" that Paul C. Decker, was the Warden Of Union Correctional Inst, at the time of this Constitutional Violation of my Civil Rights As Such, he is responsible for the Care Of ALL prisoners at this facility,

He is also responsible for reviewing ALL administrative appeals of disciplinary Charges filed by U.C.I. inmates.
He is SUED in his Individual & Off' Capacities.

(3). <u>Sgt. Wilton Joseph Fontenot</u>, is a Correctional Officer, that is employed at U.C.I. He is <u>SUED</u> in his <u>Individual &</u> Official Capacities.

(4). <u>COI Daniels</u>, is a Correctional Officer employed at U.C.I. He is <u>SUED</u> in his <u>Individual Capacity.</u>

(5). <u>COI. White</u>, is a Correctional Officer employed at U.C.I. She is <u>SUED</u> in **her** <u>Individual Capacity.</u>

(6). <u>Nurse, Haspel</u>, is a nurse, at U.C.I. She is employed at U.C.I as a R.N. She is <u>SUED</u> in her <u>Individual Capacity.</u>

"All of the defendants have acted and continue to act under Color of **STATE LAW** at the time of this Civil Rights Violation".

-3'

(7)   C.O.I CRANFORD is a Correctiona officer
Employed at U.C.I., HE IS SUED in his
Individual Capacity.

3 B

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility.  Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion.  (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form.  If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:</u>

<u>General Grievance</u>

  1. Informal Grievance (Form DC3-005)
  2. Formal Grievance (Form DC1-303)
  3. Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22.  The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions:</u>

A. <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

  1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)?  Yes ( ✓ ) No (  )

  2. If so, you must attach a copy of the grievance and response to this Complaint form.

  3. Were you denied emergency status?  Yes ( ✓ ) No (  )

    a. If so, did you go through the informal grievance, formal grievance and appeal process?  Yes ( ✓ ) No (  )

    b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

    1.   Did you submit an informal grievance (Form DC3-005)? Yes ( ✓ ) No ( )

    2.   If so, you must attach a copy of the grievance and response to this Complaint form.

C.    <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1.   Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( ✓ )

    2.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3.   Did you submit a formal grievance (Form DC1-303)? Yes ( ✓ ) No ( )

    4.   If so, you must attach a copy of the grievance and response to this Complaint form.

D.    <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
       Yes ( ✓ ) No ( )

    2.   If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___24 TH___ day of ___OCTOBER_____, 2 _007_ .

_____
Signature of Plaintiff

III.   **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No (  )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail?  Yes (✓) No (  )

B.   Did you present the facts relating to your Complaint in the grievance procedure?  Yes (✓) No (  )

C.   If your answer is YES:

1.   What steps did you take? *I filed Informal Grievance, at the institutional level & Formal Grievance*

2.   What were the results? *The were forward to the Inspector Generals Office.*

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: *Copies are herein, enclosed*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___24th___ day of ___OCTOBER_____, 2 OO7 .

_____
Signature of Plaintiff

IV.   **PREVIOUS LAWSUITS:**

A.   Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B.   Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below.  If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.   Parties to previous lawsuit:

Plaintiff(s): _____ *Not / Applicable* _____

Defendant(s): _____ *Not / Applicable* _____

2.   Court (if federal court, name the district; if state court, name the county):
_____ *Not / Applicable* _____

3.   Docket Number: *Not / Applicable*

4.   Name of judge: *Not / Applicable*

5.   Briefly describe the facts and basis of the lawsuit: *Not / Applicable*

6.   Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
_____ *Not / Applicable* _____

7.   Approximate filing date: *Not / Applicable*

8.   Approximate disposition date: *Not / Applicable*

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted?  If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

*I've not, filed any law suits before this incident.*

V.   <u>**PARTIES**</u>:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: *Corey L. Milledge  A-012023*

Mailing address: *33123 Oil Well Road*
*Punta Gorda, Florida 33955-B3-107*

B.   Additional Plaintiffs: _____

_____

In part C of this section, indicate the <u>**full name**</u> of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: *James R. McDonough*

Mailing Address: *2601 Blair Stone Road*
*Tallahassee Fla 32399-2500*

Position: *Secretary of F.DOC's.*

Employed at: *Fla. Dept. Corrections*

D.   Defendant: *Paul C. Decker*

Mailing Address: *Union C.I.  "at the time of this" incident.*
*7819 N.W. 228th Street Raiford Fla*

Position: *Warden of U.C.I.*

Employed at: *Union Correctional Inst: 32026*

E. Defendant: *Sgt. Wilton Joseph Fontenot*
Mailing Address: *7819 N.W. 228th St,* "At the time of this"
*Union C.I. Raiford, Fla* incident
Position: *Sergeant*
Employed at: *Union Correctional Inst. 32026*

F. Defendant: *Officer Daniels*
Mailing Address: *Union Correctional Institution*
*7819 N.W. 228th St.* At the time of this incident
Position: *Correctional Officer*
Employed at: *Union Correctional Inst. 32026*
*Raiford, Fla*

G. Defendant: *Officer White,*
Mailing Address: *Union Correctional Inst*
*7819 N.W. 228th St.* At the time of this incident
Position: *Correctional Officer*
Employed at: *Union Correctional Inst. 32026*
*Raiford, Fla,*

H. Defendant: *Nurse, Haspel*
Mailing Address: *Union Correctional Inst*
*7819 N.W. 228th St.* At the time of this Incident
Position: *Nurse, R.N.*
Employed at: *Union Correctional Inst 32026*
*Raiford, Fla.*

I. Defendant: *CO1. Cranford*
Mailing Address: *Union Correctional Inst*
*7819 N.W. 228th St.* At the time of this Incident
Position *Correctional Officer*
Employed at: *Union correctional Inst. Raiford, Fla*
*32026* 7

VI.   **STATEMENT OF CLAIM:**  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

*The actions Of these Defendants Which Was Maliciously and Sadistically did Constituted Cruel and Unusual Punishment in violation of the Eighth and the Fourteenth Amendment to the United States Constitution, and my Civil Rights.*

VII.  **STATEMENT OF FACTS:**  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.  Name and position of person(s) involved.
2.  Date(s).
3.  Place(s).
4.  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.  Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

*The plaintiff Corey L. Milliedge, 012023 Contends that On November 22, 2003 While I was housed at Union Correctional Institution, in T-2-111 Single Cell, at approximately 4:30 - 5:00 O'clock, COI. White Open my Cell door, While COI. Cranford Watched Out So COI. Daniels and Sgt. Fontenot, could enter my cell,*

Statement of Facts, continued:

The defendant's COI, Daniels and Sgt. Fontenot, immediately ATTACKED me Maliciously and Sadistically without Cause, by punching me with a Closed FIST'S, punching me in the face, ribs, and other parts of my body.

The Plaintiff managed to run out of the Cell, and defendant's Daniels, and Wilton Joseph Fontenot ran after me, grabbing me and punching me even more about my head and body.

I was Knocked down to the Concrete floor by a Closed fist to the head, thrown by defendant COI, Daniels, while I was on the floor, defendant Wilton Joseph Fontenot, pulled out a plastic bag and tried to MURDER the Plaintiff in COLD BLOOD by strangling me to DEATH. Defendant, Wilton Joseph Fontenot, tied the plastic bag tight

<u>Statement Of Facts Continued</u>:

around the Plaintiff neck, after they had handcuffed me behind my back, while defendant COl. Daniels was holding me down, until I was Unconsciouse. <u>See, Eye Witness Affidavit Exhibit A</u>:

When the Plaintiff awaken from his unconscious State that the defendant(s) had Subjected him to, they were Still physically assaulting me.

The defendant COl. Daniels and Sgt. Wilton Joseph Fontenot dragged me back into the Cell by the plastic bag tied around my neck,

(9 a)

Defendant Daniels stood in front of the cell (T2-111 Single) While defendant, Wilton Joseph Fontenot pulled out his penis and urinated in my face, and all over my body. See: Eye Witness Affidavit, Exhibit B.

Thereafter, the defendants closed the cell door and left.

The Plaintiff Contends that "Nurse Haspel, watched" this "whole assault and violations" of my civil Rights,. And did nothing to prevent further harm to me.

The Plaintiff, was left in the cold cell, on the floor to die

(9b)

13

for the physical and Emotional injuries sustained as a result of the plaintiff's beating.

    C. Award punitive damages in the following amounts:

    (1). $1,000,000, One Million Dollars against defendants, Decker, Fontenot, Daniels, White, and Cranford.

    D. Grant such other relief as it may appear that plaintiff is entitled to.


A Corey Mellerby

10-24-2007
Dated


(9i)

14

and Constituted an assault and battery under State law.

2). Defendant McDonough and Decker's failure to take action to curb the physical abuse of prisoners at U.C.I, violated the plaintiffs rights under the Eighth Amendment to the United States Constitution and Constituted an assault and battery under State law.

B. Award Compensatory damages in the following amounts:

(1). $ 10,000,000, Ten Million Dollars jointly and Severally against defendants, Paul C. Decker, Sgt. Fontenot, COI. Daniels, White, Cranford and Nurse Haspel

(9ᵸ).

15

by defendants, Fontenot, Daniels, White, and Cranford constituted deliberate indifference, and contributed to and proximately caused the above described violation of Eighth Amendment rights and assault and battery.

## Relief Requested

WHEREFORE, plaintiff requests that the Court grant the following relief:

A. Issue a declaratory judgment stating that:

    (1). The physical abuse of the plaintiff by the defendants Fontenot, Daniels, White, Cranford and Haspel violated the plaintiff rights under the Eighth Amendment to the U.S. Const.

(99)

16

(7). The Plaintiff Contends that these acts were done maliciously & Sadistically and Constituted Cruel and Unusual Punishment in violation of the Eighth Amendment of the United States Constitution

(8). The actions of the defendants Fontenot, Daniels, White, Nurse Haspel, Cranford in using physical force against me without need or provocation Constituted the tort of assault and battery Under the law of Florida

(9). The failure of defendant James R. McDonough and Paul Decker to take disciplinary or other action to Curb the know pattern of physical abuse of inmates          (9 #)

17

(5). I was having flashbacks about the beating that the defendants had subjected me to, _which violated my Constitutional Rights to be free of Cruel and Unusual Punishment._

(6). The Plaintiff Contends that the actions by defendant's _Fontenot, Daniels, White_ and _Cranford,_ in using physical force against me without need or provocation, Or in failing to inter--vene to prevent the misuse of force. Defendant _COI, Cranford_ and _Nurse Haspel,_ did absolutely nothing to Stop or prevent these Civil Rights Violations.

(9e).

18

Wilton Joseph Fontenot, was abusing him with verbal threats.

The Plaintiff Contends that he had the following documented injuries.

(1). The Plaintiff had a lacerated lip, from the defendants, Daniels and Fontenot attempted to murder me.

(2) I had a Swollen and lacerated Chin, from Daniels and Fontenot beating him with closed fist.

(3). I had a Swollen Jaw and bloody mouth, from the malicious and sadistic beating I received from Daniels and Fontenot.

(4). I also have back, Shoulder, neck injuries on November 22, 2003, from the malicious and sadistic beating that I received from CO. Daniels and Sgt. Fontenot.

(9 d)

by the defendants _COI, Daniels and Sgt: Wilton Joseph Fontenot._

The Plaintiff Contends that these acts by the defendant(s) above, violated my Constitutional Rights and subjected me to _Cruel and Unusual Punishment._ These Acts against me also Violated the _"HATE CRIME STATUTES"_

" The Plaintiff Contends that he was thereafter, and under Video Camera escorted to the Union Correctional Infirmary Hospital

The Plaintiff Contends that even while he was On Camera, defendant

(9c)

20

VIII.   <u>RELIEF REQUESTED</u>:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff want this U.S. Dist Ct.
to Grant the relief Requested
On Pages, (9g), (9h) (9i).

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___24th___ day of ___OCTOBER_____, 2 __007__.

_____

_____

_____

(Signatures of all Plaintiffs)

21

## CERTIFICATE OF SERVICE

I do certify that a copy of the foregoing: ___1983  Civil  Complaint___

___3  Affidavit  of  indigent___ has been furnished to:

___United  State  District  Court  300  Hogan  St  Suite  9-150___

___Jacksonville,  Florida  32202___

_____

_____

_____ by regular U.S. Mail, by placing same in the hands of

Prison officials for mailing on this ___30th___ day of ___October___, 200 _7_.

/S/ _Corey Milledge_

## UNNOTARIZED OATH

Under penalties of perjury, I declare that I have read the forgoing ___Instruction___

___Enclosed_____, and that

the facts stated therein are true and correct.

Executed this ___30th___ day of ___October___, 200 _7_.

/S/ _Corey Milledge_

_Corey Milledge_

DC# ___A Q12623___, Dorm ___B3107___

Charlotte Correctional Institution

33123 Oil Well Road

Punta Gorda, FL 33955