UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


COREY L. MILLEDGE,

                        Plaintiff,
v.                                      Case No. 3:07-cv-976-J-33MCR

JAMES R. MCDONOUGH, etc.;
et al.,

                        Defendants.
_____

**ORDER**

     Plaintiff Milledge's Second Amended Complaint (Doc. #19)
(dated October 24, 2007), which he entitled "First Amended
Complaint," does not comply with the Court's Order to Amend (Doc.
#17), filed November 29, 2007.  In the Court's Order to Amend, the
Court set forth specific instructions for amending.  In the Second
Amended Complaint (Doc. #19), Plaintiff merely copied the pages of
the previously-submitted complaints and has once again submitted
them for this Court's review.  Thus, for the reasons stated in this
Court's Order to Amend, Plaintiff will be required to file a Third
Amended Complaint, utilizing the enclosed civil rights complaint
form and following the instructions contained within the form.
Plaintiff is encouraged to fully utilize the allotted time period

that he will be granted to amend the complaint and carefully review the instructions contained within the Court's Order to Amend. Additionally, Plaintiff should use the prison's grievance procedure to attempt to find the present location of the Defendants for service of process, and Plaintiff shall submit copies of those grievances with the Third Amended Complaint.[1]

Plaintiff's copy of the Court's Order to Amend (Doc. #17) was returned to this Court on December 10, 2007.  Therefore, to ensure that Plaintiff follows the dictates of the Court's Order to Amend, the Clerk of Court will be directed to send Plaintiff a copy of the Court's Order to Amend (Doc. #17).

Therefore, it is now

**ORDERED**:

1.    Plaintiff's Motion for Extension of Time (Doc. #18), in which he requests additional time to file an amended complaint and to submit service copies, is **GRANTED** to the extent provided in this Order.

2.    Plaintiff, **on or before January 31, 2008,** shall file a Third Amended Complaint on the enclosed civil rights complaint, which must be entitled "Third Amended Complaint."  He shall properly date and sign the complaint.  Plaintiff must also submit

---

[1] Since Defendants Wilton Joseph Fontenot and Daniels are no longer employed by the Florida Department of Corrections, Plaintiff must provide addresses at which they can be served with the complaint.  Further, Defendant Daniels cannot be served unless his full name is provided to the Court.

a copy of the Third Amended Complaint for service of process upon each defendant.  Failure to do so will result in the dismissal of this action without further notice.

3.    The Clerk of Court shall provide a civil rights complaint form to Plaintiff for his use in amending.

4.    The Clerk of Court shall send a copy of the Court's Order to Amend (Doc. #17) to Plaintiff for his use in amending.

5.    If Plaintiff decides that he no longer wishes to pursue this case, he shall notify the Court by filing a motion to voluntarily dismiss this case.

6.    Plaintiff shall notify this Court of his attempts to find counsel to represent him in this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of December, 2007.

_Monte C. Richardson_
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

sc 12/14
c:
Corey L. Milledge