```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

COREY L. MILLEDGE,

                      Plaintiff,

v.                                       Case No. 3:07-cv-976-J-33MCR

JAMES R. MCDONOUGH, etc.;
et al.,

                      Defendants.
_____

## **ORDER**

    1. Plaintiff Milledge's Petition to the Court for Copies of Documents (Doc. #24), in which he states that he needs a copy of the First Amended Complaint and all motions and Court Orders, is **DENIED.** Copies are fifty cents per page. Plaintiff may request copies; however, he will be required to pay the necessary copying charges. However, in order to assist Plaintiff, the Clerk of Court shall send copies of the following Court Orders to Plaintiff: (1) Order to Amend (Doc. #4); (2) Order to Amend (Doc. #17); and (3) Order (Doc. #23). Additionally, the Clerk of Court shall return to Plaintiff the Second Amended Complaint (Doc. #19), which he entitled "First Amended Complaint."

    2. Plaintiff's Renewed Motion for Appointment of Counsel (Doc. #25) is **DENIED.** See Court's Order (Doc. #17), at 4, paragraph 3.

3. Plaintiff's Motion for Relief (Doc. #28) is **GRANTED** only to the extent that Plaintiff is granted additional time to comply with the Court's previous Orders to Amend. <u>See</u> paragraph 4.

4. Plaintiff, **on or before April 10, 2008,** shall file a Third Amended Complaint on the enclosed civil rights complaint form, which must be entitled "Third Amended Complaint." He shall properly date and sign the complaint. Plaintiff must also submit a copy of the Third Amended Complaint for service of process upon each defendant. Failure to do so will result in the dismissal of this action without further notice.

5. The Clerk of Court shall send a civil rights complaint form to Plaintiff for his use in amending. On the civil rights complaint form, the Clerk shall write "Third Amended Complaint" to further assist Plaintiff in amending and resubmitting it for filing in this Court.

6. If Plaintiff decides that he no longer wishes to pursue this case, he shall notify the Court by filing a motion to voluntarily dismiss this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of February, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

```
sc 2/13
c:
Corey L. Milledge
```