"UNABLE TO OBTAIN SUCH ADDRESS"
"
"

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE
_____ Division

2008 APR -7  PM 2: 49

FILED
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## Third Amended
### CIVIL RIGHTS COMPLAINT FORM

#15810
COREY L. MILLEDGE
PLAINTIFF,

CASE NUMBER: 3:07-CV-00976-VMC-MCR
**(To be supplied by Clerk's Office)**

_____

(Enter **full name** of each **Plaintiff** and prison
number, if applicable)

v.

Sgt. WILTON J FONTENOT
John DOE #1
John DOE #2
John DOE #3

John DOE #4
John DOE #5
John DOE #6

(Enter **full name** of each **Defendant**. If
additional space is required, use the blank
area directly to the right).

_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: GADSDEN. C. J
        **(Indicate the name and location)**
P.O. BOX 1709, QUINCY FL 32351

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

DC 225 (Rev. 9/03)                                    1

(1) Sgt: Wilton Joseph Fontenot, is a correctional officer, that is employed at U.C.I. He is SUED in his INDIVIDUAL CAPACITY.

(2) Col John Doe #1 is a correctional officer employed at U.C.I whose full name is presently unknown to Plaintiff. He is SUED in his INDIVIDUAL CAPACITY

(3) John Doe #2 is the sect'of Fla Dep't Corr's, He is the one that is responsible for the care, custody, control of all state prisoners, F.S. 20.315 SUED, in his INDIVIDUAL CAPACITY.

(4) JOHN DOE #3  WAS THE WARDEN OF UNION CORRECTIONAL INST, AT THE TIME OF THIS CONSTITUTIONAL VIOLATION OF MY CIVIL RIGHTS. AS SUCH HE IS RESPONSIBLE FOR THE CARE OF ALL PRISONERS AT THIS FACILITY,

HE IS ALSO RESPONSIBLE FOR REVIEWING ALL ADMINISTRATIVE APPEALS OF DISCIPLINARY CHARGES FILED BY U C I INMATES.

HE IS SUED IN HIS INDIVIDUAL & OFFICAL CAPACITIES.

(5) JOHN DOE #4 IS A CORRECTIONAL OFFICER EMPLOYED AT U.C.I WHOSE FULL NAME IS PRESENTLY UNKNOWN TO PLAINTIFF. SHE IS SUED IN HER INDIVIDUAL CAPACITIES

3

(6#) JOHN DOE #5 IS A CORRECTIONAL OFFICER, THAT IS EMPLOYED AT U.C.I HE IS SUED IN HIS INDIVIDUAL CAPACITY.

(7) JOHN DOE #6 IS A CORRECTIONAL NURSE AT U.C.I. SHE IS EMPLOYED AT U.C.I AS A "R.N." SHE IS SUED IN HER INDIVIDUAL CAPACITY

"All OF THE DEFENDANTS HAVE ACTED AND CONTINUE TO ACT UNDER COLOR OF FEDERAL LAW AT THE TIME OF THIS CIVIL RIGHTS VIOLATION."

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility.  Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion.  (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form.  If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

1.  Informal Grievance (Form DC3-005)
2.  Formal Grievance (Form DC1-303)
3.  Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22.  The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A.  <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)?  Yes (✓) No (  )

2.  If so, you must attach a copy of the grievance and response to this Complaint form.

3.  Were you denied emergency status?  Yes (✓) No (  )

    a.  If so, did you go through the informal grievance, formal grievance and appeal process?  Yes (✓) No (  )

    b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.  <u>Informal Grievance</u> (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ✓ ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.   <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( ✓ )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ✓ ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.   <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ✓ ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____28th_____ day of ____MARCH_____, 2 _OO8_ .

_____
Signature of Plaintiff

III.    DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A.  Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B.  Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C.  If your answer is YES:

1.  What steps did you take? I Filed INFORMAL GRIEVANCE AT THE INSTITUTION level & Formal GRIEVANCE.

2.  What were the results? THE WERE FORWARd to The Inspector Generals OFFICE.

3.  To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.  If your answer is NO, explain why not: COPIES ARE HEREIN ENCLOSED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _28th_ day of _MARCH_, 2 _008_.

_Corey Mullocks_
Signature of Plaintiff

IV.   PREVIOUS LAWSUITS:

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (  ) No (✓)

B.   Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (  ) No (✓)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:
       Plaintiff(s): _____NOT / APPlICAbIE_____

       Defendant(s): _____NOT / APPlICAbIE_____

   2.   Court (if federal court, name the district; if state court, name the county):
       _____NOT / APPlICAbIE_____
   3.   Docket Number: _____NOT / APPlICAbIE_____
   4.   Name of judge: _____NOT / APPlICAbIE_____
   5.   Briefly describe the facts and basis of the lawsuit: _NOT / APPlICAbIE_

       _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
       _____NOT / APPlICAbIE_____

   7.   Approximate filing date: _____NOT / APPlICAbIE_____
   8.   Approximate disposition date: _____NOT / APPlICAbIE_____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style,

and the disposition of each case:

I'VE NOT, FILED ANY lAW SUITS
before This INCIDENT.

_____

_____

V.   PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff:  COREY L. MIllEDGE #15810

Mailing address:  PO BOX 1709
QUINCY , FlORIDA 32351

B.  Additional Plaintiffs:  _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant:  Sgt. WIlTON J. FONTENOT

Mailing Address:  "UNABlE TU OBTAIN SUCH ADDRESS"

Position:  SERGEANT

Employed at:  UNION CORRECTIONAl INST.

D.  Defendant:  John DOE #1

Mailing Address:  "UNABlE TU OBTAIN SuchADDRESS"

Position:  CORRECTION OFFICERS

Employed at: UNION CORRECTIONAL INST.

E. Defendant: John DOE #2

Mailing Address: "UNABLE TO OBTAIN SUCH ADDRESS"

Position: SECRETARY OF F. DOC'S

Employed at: FLA. DEP't. CORRECTIONS

F. Defendant: John DOE #3

Mailing Address: "UNABLE TO OBTAIN SUCH ADDRESS"

Position: WARDEN OF U.C.I

Employed at: UNION CORRECTION INS't.

G. Defendant: John DOE #4

Mailing Address: "UNAble TO OBTAIN SUCH ADDRESS"

Position: CORRECTIONAl OFFICER

Employed at: UNION CORRECTIUNAl INST.

H. DEFENDANT: John DOE #5

MAILING ADDRESS: "UNABLE TO OBTAIN SUCH ADDRESS"

Employed AT UNION CORRECTION INST.

POSTITION: CORRECTIUNAl OFFICER.

I. DEFendanT John DOE #6

Mailing ADDRESS "UNABLE TO OBTAIN SUCH ADDRESS"

Position: NURSE R.N.

Employed AT: UNION CORRECTION INST.

VI.   **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

THE actions of These **DEFendants** which was maliciously and sadistrcall did constituted CRUEl, AND UNUSUAl PUNISHMENT, IN violation OF THE EIGHTH, AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND MY CIVIL RIGHTS.

VII.   **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

THE plaintiff COREY L. milledge @12023, Contends That ON November 22, 2003 while I WAS HOUSED AT UNION CORRECTIONAL INSTITUTION, IN T-2-111 SINGLE Cell, aT Approximately 4:30 — 5:00 O'clock, Col. JOHN DOE #4 OPEN MY Cell door, while Col. JOHN DOE # 5 WATChed out so Col. JOHN DOE #1 AND Sgt. FONTENOT, Could ENTER MY Cell, THE

Statement of Facts, continued:

DEFENDANT'S COL. JOHN DOE #1 AND SGT. FONTENOT, immediately **ATTACKED** ME MALICIOUSLY AND SADISTICALLY WITHOUT CAUSE, by PUNCHING ME WITH A CLOSED **FISTS**, PUNCHING ME IN THE FACE, RIbs AND OTHER PARTS OF MY BODY.

THE PLAINTIFF MANAGED to RUN OUT OF the CELL AND defendant's JOHN DOE #1 AND WILTON JOSEPH FONTENOT RAN AFTER ME GRAbbING ME AND PUNCHING ME EVEN MORE AbOUT MY HEAD AND Body.

I WAS KNOCKED DOWN to THE CONCRETE FLOOR BY a CLOSED FIST TO THE HEAD, THROWN BY defENDANT COL. JOHN DOE #1, WHILE I WAS ON THE FLOOR, defENDANT WILTON JOSEPH FONTENOT, pulled OUT A plastic bag AND tried to **MURDER** THE PLAINTIFF IN COLD BLOOD by STRANGLING ME TO **DEATH**. DEFENDANT WILTON JOSEPH FONTENOT, TIED THE PLASTIC BAG TIGHT AROUND THE PLAINTIFF **NECK**,

STATEMENT OF FACTS CONTINUED :

AFTER THEY HAD Handcuffed ME BEHIND my BACK, while Defendant Col, John Doe #1 WAS Holding ME Down, until I WAS UNCONSCIOUSE: SEE, EYE WITNESS AFFIDAVIT EXHIBIT A :

WHEN THE PlAINTIFF AWAKEN FROM HIS UNCONSCIOUS STATE THAT THE DEFENDANT(S) HAD SUBJECTED HIM TO, THEY WERE STIll PHYSICAllY ASSJUltING ME.

THE DEFENDANT Col, John Doe #1 AND Sgt: WIlTON JOSEPH FONTENOT DRAGGED ME BACK INTO THE Cell BY THE PlASTIC BAG TIED AROUND MY NECK,

12

DEFENDANT JOHN DOE #1 STOOD IN FRONT OF THE CELL (T2-111 SINGLE) WHILE DEFENDANT, WILTON JOSEPH FONTENOT PULLED OUT HIS PENIS AND URINATED, IN MY FACE, AND ALL OVER MY BODY.

SEE: EYE WITNESS AFFIDAVIT, EXHIBIT B

THEREAFTER, THE DEFENDANTS CLOSED THE CELL DOOR AND LEFT,

THE PLAINTIFF CONTENDS THAT JOHN DOE #6 WATCHED THIS WHOLE ASSAULT AND VIOLATIONS OF MY CIVIL RIGHTS, AND DID NOTHING, TO PREVENT FURTHER HARM TO ME.

THE PLAINTIFF, WAS LEFT IN THE COLD CELL, ON THE FLOOR TO DIE

AFTER THE ABOVE DESCRIBED ASSULT THE
PLAINTIFF WAS TAKEN TO THE PRISON INFIRMARY
WHERE THE DEFENDANT Wilton, Joseph FONTENOT
MADE A VERBAL THREAT TOWARD ME WHILE
ON VIDEOTAPE.

ON 1-6-04 & 2-9-04 THE PLAINTIFF FILED
AN ADMINSTRATIVE APPEAL WITH THE DEFENDANTS
John Doe #3, AND John Doe #2 POINTING OUT
THE MISUSE OF FORCE, AND SEEKING MEDICAL
TREATMENT FOR INJURIES INFLICTED UPON ME.
SEE: THE FORMAL GRIEVANCE EXHIBIT "C" &
EXHIBIT "D".

THE DEFENDANT John Doe #3 AND John Doe
#2 DESPITE THEIR KNOWLEDGE ABOUT THE
PLAINTIFF INJURY, AND FAILURE TO **PROVIDE**,
Follow-Up EXAMINATION AND TREATMENT

14

CONSTITUTES DELIBERATE INDIFFERENCE TO THE PLAINTIFF'S SERIOUS MEDICAL NEEDS IN VIOLATION OF THE EIGHTH AMENDMENT AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A RESULT OF THE PLAINTIFFS BEATING

C. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:

(1) $1,000,000, ONE MILLION DOLLARS AGAINST DEFENDANTS, JOHN DOE #3, FONTENOT JOHN DOE #1, JOHN DOE #4, AND JOHN DOE #5

D. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLED TO:

3-28-08
DATED

AND CONSTITUTED AN ASSAULT AND BATTER

UNDER FEDERAL LAW.

(2) DEFENDANT John Doe #2 AND John Doe #3

FAILURE TO TAKE ACTION TO CURb THE PHYSICAL

ABUSE OF PRISONERS AT UC I, VIOLATED

THE PLAINTIFFS RIGHTS UNDER THE EIGHTH

AMENDMENT TO THE UNITED STATES

CONSTITUTION AND CONSTITUTED AN ASSAUIT

AND BATTERY UNDER STATE LAW.

B. AWARD COMPENSATORY DAMAGES

IN THE FOLLOWING AMOUNTS:

(1) $ 10.000,000, TEN MILLION Dollars

JOINTLY AND SEVERALLY AGAINST

DEFENDANTS, John DOE #3, Sgt. FONTENOT,

John DOE #1, John DOE #4,

John DOE #5 AND John DOE #6

16

BY DEFENDANTS, FONTENOT, JOHN DOE #1,
JOHN DOE #4 AND JOHN DOE #5 CONSTITUTED
DELIBERATE INDIFFERENCE, AND CONTRIBUTED
TO AND PROXIMATELY CAUSED THE ABOVE DESCRIBED
VIOLATION OF EIGHTH AMENDMENT RIGHTS
AND ASSAULT AND BATTERY.

## RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT
GRANT THE FOLLOWING RELIEF:

A. ISSUE A DECLARATORY JUDGMENT STATING
THAT:

(1). THE PHYSICAL ABUSE OF THE PLAINTIFF
BY THE DEFENDANTS FONTENOT, JOHN DOE #1,
JOHN DOE #4, JOHN DOE #5 AND JOHN DOE #6
VIOLATED THE PLAINTIFF RIGHTS UNDER
THE EIGHTH AMENDMENT TO THE U.S. CONS'T.

(7). THE PLAINTIFF CONTENDS THAT THESE ACTS were done maliciously & sadistically AND constituted cruel and unusual PUNISHMENT OF THE UNITED STATES CONSTITUTION.

(8) The actions OF The Defendants FONTENOT, John Doe #1, John Doe #4, John Doe #6 John Doe #5 IN USING physical FORCE AGAINST ME WITHOUT NEED OR PROVOCATION CONSTITUTED THE TORT OF ASSAULT AND BATTERY UNDER THE law OF FLORIDA.

(9) THE FAILURE OF Defendant John Doe #2 AND John Doe #3 TO TAKE DISCIPLINARY OR OTHER action TO CURB The know PATTERN OF physical ABUSE OF INMATES.

18

(5) I WAS HAVING FLASHBACK ABOUT THE BEATING THAT THE DeFendants HAD SUBJECTED ME TO, which Violated MY Constitutional RIGHTS TO bE FREE OF CRUEL AND unusual PUNISHMENT.

(6) The PlaINTIFF Contends That The actions By defendant's Fontenot, John Doe #1, John Doe #4 AND John Doe #5, IN USING Physical FORCE AGAINST me WITHOUT Need OR provocation, OR IN FAILING TO INTERVENE TO PREVENT THE MISUSE OF FORCE, DeFendant John Doe #5 AND John DOE #6 Did Absolutely NOTHING TO STOP OR PREVENT THESE CIVIL RIGHTS Violations.

19

Wilton Joseph Fontenot, was abusing Him
with verbal THREATS,

THE Plaintiff Contends That he
Had the Following Documented injuries.

(1). THE Plaintiff HAD A lACERATED

lip, From the defendants, John Doe #1 AND FONTENOT
attempted to murder me.

(2) I had a Swollen and lACERATED

Chin, From John DOE #1 AND FONTENOT beating Him with
Closed FIST

(3) I HAD A Swollen Jaw and bloody

MOUTH, From The malicious and sadistic beating I
received From John DOE #1 AND FONTENOT.

(4) I Also have back, shoulder, Neck

INJURIES ON NOVEMBER 22, 2003, From The
malicious and sadistic beating That I received From
John Doe #1 and Sgt; Fontenot,

By The defendants John Doe #1 and Sgt. Wilton Joseph Fontenot.

The plaintiff contends that These acts by the defendant(s) above, Violated my CONSTITUTION RIGHTS AND subjected me to *cruel and unusual Punishment.* These ACTS AGAINST me also Violated the "*HATE CRIME STATUTES*"

VIII.   <u>RELIEF REQUESTED</u>:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff Want this U. S. Dist C4
To GRANT the Relief REQUESTED
ON PAGES, (15),(16)(17),

_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___28rth___ day of ___MARCH_____, 2 _008_.

_____

_____

_____
**(Signatures of all Plaintiffs)**

## CERTIFICATE OF SERVICE

I do certify that a copy of the foregoing: THIRd  Amended
Complaint _____ has been furnished to:
Clerk oF Court 300 N. Hogan St suite 9-150
Jax  FlA  32202.

_____

_____

_____ by regular U.S. Mail, by placing same in the hands of

Prison officials for mailing on this _28th_ day of ___MaRcH___, 200_8_.

/S/ Corey Milledge

## UNNOTARIZED OATH

Under penalties of perjury, I declare that I have read the forgoing _iNForMation_
_ENclosed_____, and that

the facts stated therein are true and correct.

Executed this _28th_ day of ___MaRcH___, 200_8_.

/S/ Corey Milledge

CoReY Milledge

DC# _15810_, Dorm _B/5_
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, FL 33955

23

" NEW ADDRESS
GADSDEN .C. J
PO BOX 1709
QUINCY .FL. 32351