UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY L. MILLEDGE,

                    Plaintiff,

v.                                      Case No. 3:07-cv-976-J-33MCR

SGT. WILTON J. FONTENOT,
et al.,

                    Defendants.
_____

## ORDER

1. Plaintiff has filed a Third Amended Complaint (Doc. #31), naming Sergeant Wilton J. Fontenot and six John Does as the Defendants. However, it appears that Plaintiff has now named six John Does instead of the six previously-named Defendants: Paul Decker, Nurse Haspel, James R. McDonough, Officer White, Colonel Cranford and Officer Daniels. If Plaintiff knows the names of the individuals who allegedly violated his federal constitutional rights, he must provide those names to the Court. Thus, Plaintiff, within **THIRTY (30) DAYS** from the date of this Order, shall notify the Court as to whether Paul Decker, Nurse Haspel, James R. McDonough, Officer White, Colonel Cranford and Officer Daniels are the six John Does that he has listed in the Third Amended Complaint. If Plaintiff wishes to include Paul Decker, Nurse

Haspel, James R. McDonough, Officer White, Colonel Cranford and Officer Daniels as Defendants in this action, Plaintiff, within **THIRTY (30) DAYS** from the date of this Order, shall file a Fourth Amended Complaint on the enclosed civil rights complaint form, which must be entitled "Fourth Amended Complaint." He shall properly date and sign the complaint. Further, Plaintiff must either submit a copy of the Fourth Amended Complaint for service of process upon each Defendant or submit the required copying costs to the Clerk of Court.[1]

    2. The Clerk of Court shall send a civil rights complaint form to Plaintiff for his use in amending. On the civil rights complaint form, the Clerk shall write "Fourth Amended Complaint" to further assist Plaintiff in amending and resubmitting it for filing in this Court.

    3. Plaintiff's Motion Seeking Information (Doc. #32) is **DENIED**.

    4. Plaintiff's Petition for Copies (Doc. #33) is **DENIED**. As previously noted, copies are fifty cents per page. Plaintiff may request copies to be made by the Clerk of Court; however, he will be required to pay the necessary copying charges.

---

[1] The copying cost is fifty cents per page. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted.

5.  If Plaintiff wishes to proceed only against Defendant Fontenot, he shall file the Fourth Amended Complaint with only Defendant Fontenot's name as a Defendant.  And, Plaintiff shall submit the appropriate copying cost of fifty cents per page.  He shall do so within **THIRTY (30) DAYS** from the date of this Order.  Thereafter, the Court will direct service of process upon Defendant Fontenot.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of April, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

sc 4/14
c:
Corey L. Milledge