IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY MILLEDGE,
Plaintiff,

v.  Case No. 3:07-CV-976-J-34MCR

DEPARTMENT OF CORRECTIONS, ET AL.,
Respondents.
_____/

## MOTION FOR ENFORCEMENT OF RULING

Plaintiff, pro se, motions the Honorable Court pursuant to Rule 7(a), Fed. R. Civ. P., for the issuance of a ruling on his Fifth Amended Civil Rights Complaint filed October 1, 2008, and states:

1. Plaintiff avers that the Fifth Amended Complaint should have been processed and served, but the undue delay has become prejudicial.

2. This motion to enforce an order or ruling on the said Amended Complaint is submitted in good faith.

WHEREFORE, the Plaintiff request that the court would grant this Motion and commence the proceedings.

Respectfully Submitted,

Corey Milledge
Plaintiff, pro se

## CERTIFICATE OF SERVICE

I certify that I placed a copy of this motion in the hands of Hamilton Correctional Institution Annex officials for mailing to:

Clerk of the Court
300 W. Hogan St. Suite 9-150
Jacksonville Fl, 32202

On this 5<sup>r</sup> day of December 2008.

*[signature]*
Corey Milledge, pro se
Hamilton Correctional Inst. - Annex
11419 S.W. County Road #249
Jasper, Florida 32052-3735