UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY L. MILLEDGE,

                Plaintiff,

v.                                  Case No. 3:07-cv-976-J-34MCR

JAMES R. MCDONOUGH, etc.;
et al.,

                Defendants.
_____

**ORDER**

    1.   Plaintiff's Motion for Leave to File an Amended Complaint (Doc. #38) is **GRANTED,** and the Clerk of Court shall file his Fifth Amended Complaint.

    2.   In reviewing the Fifth Amended Complaint, he is unclear which individuals Plaintiff intended to name as the Defendants. Therefore, in an abundance of caution, Plaintiff, within **THIRTY (30) DAYS** from the date of this Order, shall file a "List of Named Defendants."

    3.    Plaintiff's Motion for Enforcement of Ruling (Doc. #39) is **GRANTED** to the extent that this Court has ruled upon Plaintiff's Motion for Leave to File an Amended Complaint.

    4.    If Plaintiff decides that he no longer wishes to pursue this case, he shall notify the Court by filing a motion to voluntarily dismiss this case.

    **DONE AND ORDERED** at Jacksonville, Florida, this 6th day of January, 2009.

*/s/ Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE


sc 12/31
c:
Corey L. Milledge

- 2 -