UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

COREY L. MILLEDGE
Plaintiff

V.                                Case No. 3:07-cv-976-J-39mcR

DEPARTMENT OF CORRECTS ET AL
DEFENDANT(S)

### PLAINTIFFS RESPONSE TO COURT ORDER

Plaintiff Corey Milledge, Pro'se, complies with the court order dated 1-6-09, requiring that the plaintiff provide a "LIST OF NAMED DEFENDANTS." as follow:

(1) James R. McDonough
(2) Paul Decker
(3) Wilton Fontenot

Respectfully submitted
1-21-09
DATE
Corey Milledge DC#B-QRQ3

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY That a true and correct original of the foregoing has been sent by U.S. mail and place in the hand of prison official for mailing on this 21st day of January 2009. U.S. District Court. 300 N. Hogan St. suite 9-150. Jax. Fl. 32202.

Corey Milledge DC#B-91203
Hamilton (ANNEX)
10650 SW. 46th street
Jasper FL. 32052