**FILED**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2009 JUN 17 A 11: 47

**COREY L. MILLEDGE,**

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Plaintiff,

v.

**Case No. 3:07-cv-976-J-34MCR**

**JAMES R. MCDONOUGH, etc.;**
**et al.,**

Defendants.

_____/

## DEPARTMENT OF CORRECTIONS' NOTICE TO COURT REGARDING SERVICE OF PROCESS FOR DEFENDANT[1]

The court's order dated May 21, 2009 (Doc. 44) directs the

Department of Corrections to notify the court within sixty **(60)** days whether

there is a forwarding address for a Defendant who is no longer employed

with the Department.  The order further directs that if the forwarding address

is confidential, the address shall be provided to the Court *in camera* for

service of process to be completed by the United States Marshal.  The

Florida Department of Corrections hereby advises the Court that there is a

forwarding/last known address for Defendant McDonough.   The address is

confidential pursuant to Section 945.10 (1) (e), Florida Statutes; therefore, it

_____

[1] The Department is filing this notice to respond to the court's order.  The Department, by filing this notice, is not filing a notice of appearance on behalf of any Defendant.

1

is being provided to the court *in camera* by U.S. Mail this 15th day of June, 2009.

Respectfully submitted,

ALEXANDRIA WALTERS
Assistant General Counsel
Florida Bar No. 0110590
Department of Corrections
2601 Blair Stone Road
Tallahassee, FL 32399-2500
(850) 488-2326
walters.alexandria@mail.dc.state.fl.us

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing DEPARTMENT OF CORRECTIONS' NOTICE TO COURT REGARDING SERVICE OF PROCESS FOR DEFENDANT has been furnished by U. S. Mail to **Honorable Monte C. Richardson, United States Magistrate Judge, 300 North Hogan Street, Suite 5-411, Jacksonville, Florida 32202, Office of the United States District Court, Middle District of Florida, Office of the Clerk, 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202** and **Corey Milledge, DC#Q12023, Lake Correctional Facility, 19225 US Hwy 27, Clermont, Florida 34715**, this 15th day of June, 2009.

ALEXANDRIA WALTERS