```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                 JACKSONVILLE DIVISION
```

COREY L. MILLEDGE,

              Plaintiff,

v.                           Case No. 3:07-cv-976-J-34MCR

WALTER MCNEIL,
etc.; et al.,

              Defendants.
_____

## ORDER

1. Counsel's Motion to Clerk for Removal from Noticing (Doc. #94) is **GRANTED,** and the Clerk is directed to remove Blake Hayward and Joni White a/k/a Joni Leigh Napier from any notices of filings and other activities in the above-styled case.  See Stipulated Dismissal as to Defendant White (Doc. #89); Order (Doc. #90) (dismissing White with prejudice), filed June 2, 2010.

2. Defendant Fontenot's Consented Motion to Continue Trial (Doc. #100) is **GRANTED** to the extent that this case will be set for trial as the Court's calendar permits (after November 8, 2010).

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of August, 2010.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

sc 8/19
c:
Counsel of Record